JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Behnoush Bozorgzad Imani,<br><br>        Plaintiff,<br><br>  v.<br><br>Target Corporation,<br><br>        Defendant(s). | SACV 19-01066JVS(SSx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: 11/15/19

                                        James V. Selna<br>                                United States District Judge