1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11 Behnoush Bozorgzad Imani,

**CASE NO.: 8:19-cv-01066-JVS(SSx)**
12          Plaintiff,       **Assigned to: Judge James V. Selna**
13
**ORDER RE STIPULATION**
14     vs.                **OF DISMISSAL**
15 Target Corporation, et al.,
**Trial Date: 08/18/20**
16
17          Defendants.
18

19     **IT IS HEREBY ORDERED** that the Stipulation of Dismissal entered into

20 between counsel for Plaintiff and Defendant on November 12, 2019 be entered as

21 a matter of record and the case be hereby dismissed.

22

23 DATED: 12/27/19     _____

24                      HONORABLE JAMES V. SELNA
                       UNITED STATES DISTRICT JUDGE
25
26
27
28

**[PROPOSED] ORDER RE STIPULATION OF DISMISSAL**